IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:10-CV-123-FL

| | |
|---|---|
| TRACEY ANITA WILLIAMS, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>A.S. CAUSEY, as former Sheriff of )<br>New Hanover Co., North Carolina in his )<br>official capacity and individually; )<br>EDWARD J. McMAHON, as current )<br>Sheriff of New Hanover Co., North )<br>Carolina, in his official capacity and )<br>individually; LIEUTENANT H. POPE, )<br>individually and in his official capacity )<br>as Lieutenant in the New Hanover Co. )<br>Sheriff's Department; and, SERGEANT )<br>M. KING, individually and in his )<br>official capacity as Sergeant in the New )<br>Hanover Co. Sheriff's Department, )<br>North Carolina, )<br>)<br>Defendants. ) | ORDER DISMISSING ACTION<br>WITHOUT PREJUDICE<br>FOR FAILURE TO OBTAIN SERVICE |

This matter comes again before the court for its review upon plaintiff's apparent failure to obtain service upon defendants within one hundred twenty (120) days after filing of the complaint on June 21, 2010. As reflected in the record, this court has allotted plaintiff ample and multiple opportunities to rectify this deficiency. On May 11, 2011, order entered directing plaintiff to show cause, in filing to be made with the court on or before May 25, 2011, why the case should not be dismissed. Plaintiff has failed to acknowledge and respond to this court's order.

No good cause having been demonstrated as to why such service was not made within the period prescribed in Rule 4(m), this action is DISMISSED without prejudice.

SO ORDERED this the 27th day of May, 2011.

LOUISE W. FLANAGAN
Chief United States District Judge